JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAIAH PRUITT,<br><br>        Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. CV 12-10602-CJC (SP)<br><br><br><br>**JUDGMENT** |

    Pursuant to the Memorandum and Order Dismissing Petition for Failure to State Cognizable Claim,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 22, 2013

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE